```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

UNITED STATES OF AMERICA

     VS.                    :   No. 2:10-CR-088
                                 JUDGE GRAHAM
MARIA TERECHINA,             MAGISTRATE JUDGE KEMP
  aka Maria Terechina Ulaj

### GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. §371

1. ELEMENTS: 18 U.S.C. §371

<u>First</u>: That the conspiracy described in the Information was willfully formed, and was existing at or about the time alleged;

<u>Second</u>: That the defendant willfully became a member of the conspiracy;

<u>Third</u>: That at least one overt act was knowingly done in furtherance of some object or purpose of the conspiracy, as charged;

<u>Fourth</u>: That such overt act was knowingly done by a member of the conspiracy during the course of its existence; and

<u>Fifth</u>: That such conspiracy existed, in whole or in part, in the Southern District of Ohio.

2.   PENALTIES

A.   Mandatory Minimum:   None.

B.   Possible Maximum:   5 years in prison, a fine of $250,000, mandatory restitution to victims, 3 years supervised release, and $100 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney


s/Daniel A. Brown
DANIEL A. BROWN (0023147)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard
Suite 200
Columbus, Ohio  43215
(614) 469-5715
Fax:  (614) 469-5653
Dan.Brown @usdoj.gov

2