UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
| v. | |
| Maria Terechina<br>aka Maria Tarechina Ulaj | Case Number: 2:10-cr-88<br><br>**Bradley Barbin, Esq.**<br>Defendant's Attorney |

DATE of ORIGINAL JUDGMENT **January 3, 2011**

REASON for AMENDMENT:

Modification of restitution order

The defendant pleaded guilty to count 1 of the Information.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1371 | Conspiracy | December 14, 2007 | 1 |

**The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

**It is further ordered that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessment imposed by this judgment are fully paid.**

<u>December 17, 2010</u>
**Date of Imposition of Judgment**

<u>s/James L. Graham</u>
**Signature of Judge**

<u>James L. Graham   U.S. District Judge</u>
**Name of Judge      Title of Judge**

<u>February 14, 2011</u>
**Date**

.

```
DEFENDANT:    TERECHINA, Maria aka Maria Terechina Ulaj
CASE NUMBER: 2:10-cr088
Pg 2
```

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twelve (12) months and one (1) day on count 1.**

The Court makes the following recommendation to the Bureau of Prisons:

**That the defendant be assigned to the institution in Alderson, WV.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: no sooner than sixty (60) days before this date.

## RETURN

I have executed this judgment as follows:

　　　　Defendant delivered on_____to_____

_____at_____, with a

certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Marshal

　　　　　　　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy US Marshal

```
DEFENDANT:   TERECHINA, Maria aka Maria Terechina Ulaj
CASE NUMBER: 2:10-cr-88
Pg. 3
```

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years on count 1.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall not possess a firearm, ammunition, destructive device, of any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court.

The defendant shall also comply with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR THE PROBATION OFFICER;
2. THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH;
3. THE DEFENDANT SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER;
4. THE DEFENDANT SHALL SUPPORT HIS OR HER DEPENDENTS AND MEET OTHER FAMILY RESPONSIBILITIES;
5. THE DEFENDANT SHALL WORK REGULARLY AT A LAWFUL OCCUPATION UNLESS EXCUSED BY THE PROBATION OFFICER FOR SCHOOLING, TRAINING, OR OTHER ACCEPTABLE REASONS;
6. THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF ANY CHANGE IN RESIDENCE OR EMPLOYMENT;
7. THE DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL
8. THE DEFENDANT SHALL NOT FREQUENT PLACES WHERE CONTROLLED SUBSTANCES ARE ILLEGALLY SOLD, USED, DISTRIBUTED, OR ADMINISTERED;
9. THE DEFENDANT SHALL NOT ASSOCIATE WITH ANY PERSONS ENGAGED IN CRIMINAL ACTIVITY AND SHALL NOT ASSOCIATE WITH ANY PERSON CONVICTED OF A FELONY UNLESS GRANTED PERMISSION TO DO SO BY THE PROBATION OFFICER;
10. THE DEFENDANT SHALL PERMIT A PROBATION OFFICER TO VISIT HIM OR HER AT ANY TIME AT HOME OR ELSEWHERE AND SHALL PERMIT CONFISCATION OF ANY CONTRABAND OBSERVED IN PLAIN VIEW BY THE PROBATION OFFICER;
11. THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER;
12. THE DEFENDANT SHALL NOT ENTER INTO ANY AGREEMENT TO ACT AS AN INFORMER OR A SPECIAL AGENT OF A LAW ENFORCEMENT AGENCY WITHOUT THE PERMISSION OF THE COURT;
13. AS DIRECTED BY THE PROBATION OFFICER, THE DEFENDANT SHALL NOTIFY THIRD PARTIES OF RISKS THAT MAY BE OCCASIONED BY THE DEFENDANT'S CRIMINAL RECORD OR PERSONAL HISTORY OR CHARACTERISTICS, AND SHALL PERMIT THE PROBATION OFFICER TO MAKE SUCH NOTIFICATIONS AND TO CONFIRM THE DEFENDANT'S COMPLIANCE.

```
DEFENDANT:    TERECHINA, Maria   aka Maria Terechina Ulaj
CASE NUMBER: 2:10-cr-88
PG. NO.: 4
```

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall make restitution to the victims of this offense.

```
DEFENDANT:    TERECHINA, Maria aka Maria Terechina Ulaj
CASE NUMBER: 2:10-cr-88
Pg 5
```

### CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties.

|        | Assessment | Fine | Restitution |
|--------|-----------|------|-------------|
| Totals | $100.00   | $    | $241,979.92 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

Pursuant to 18 USC 3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered Priority or Percentage |
|---|---|---|
| Department of Labor | $ 47,782.40 | $ 47,782.40 |
| L.R.T. | $ 1,165.50 | $ 1,165.00 |
| L.K. | $ 7,155.00 | $ 7,155.00 |
| N.Y.B. | $ 789.75 | $ 789.75 |
| U.S. Department of the Treasury, Internal Revenue Service | $185,087.27 | $185,087.27 |
| Totals | $241,979.92 | $241,979.92 |

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    the interest is waived for the restitution

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: TERECHINA, Maria aka Maria Terechina Ulaj  
CASE NUMBER: 2:10-cr-88  
Pg.  6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    Lump sum payment of the $100.00 special assessment and the $241,979.92 is due immediately and the balance due in accordance E and F below;

E    Payment during the term of supervised release will commence within sixty(60) days after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    Special instruction regarding the payment of criminal penalties:

While incarcerated, if the defendant is working in a non-UNICOR or Grade 5 UNICOR job, the defendant shall pay $25 per quarter towards the restitution obligation.  If working in a Grade 1-4 UNICOR job, the defendant shall pay 50% of his monthly pay towards the restitution obligation.  Any change in this schedule shall be made only by order of this Court.

    Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the  United States District Court, Office of the Clerk, 85 Marconi Blvd., Room 260, Columbus, Ohio 43215.

    The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

## FORFEITURE A

The defendant shall forfeit the defendant's interest in the following property to the United States:

**All property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and all property, real and personal, constituting or derived from any proceeds that defendant obtained, directly or indirectly as a result of such violation.**